Romulo ORCINO, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2012–3034.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2012.

Romulo Orcino, pro se.

Austin M. Fulk, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.